**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Theresa F. Thompson, | ) | CV 07-0102-PHX-PGR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| | ) | |
| ILX Resorts, Inc. dba ILX & Spa, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having received Plaintiff's Motion for Extension of Time for Completion of Service (Doc. 6) and good cause appearing,

IT IS ORDERED that the motion is GRANTED.  The deadline of for service of the Complaint on Defendant Pat Van Lingen and Jane Doe Van Lingen is extended by 120 days.

DATED this 15th day of May, 2007.

Paul G. Rosenblatt
United States District Judge