**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa F. Thompson,<br><br>        Plaintiff,<br>  vs.<br><br>ILX Resorts Incorporated, et al.,<br><br>        Defendants. | No. CV-07-0102-PHX-PGR<br><br>ORDER |

Pursuant to the parties' Stipulation to Partial Dismissal (doc. #41),

IT IS ORDERED that this action is dismissed in its entirety with prejudice as to defendant ILX Resorts Incorporated pursuant to Fed.R.Civ.p. 41(a)(1)(A)(ii), with the parties to bear its their own costs and attorneys' fees.

IT IS FURTHER ORDERED that the plaintiff shall file a report no later than May 19, 2008 setting forth the status of the prosecution of this action against defendant Pat Van Lingen.

DATED this 5th day of May, 2008.

Paul G. Rosenblatt
United States District Judge