**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa F. Thompson,<br><br>    Plaintiff,<br>vs.<br><br>ILX Resorts, Incorporated dba ILX Resorts & Spa, Pat Van Lingen and Jane Doe Van Lingen,<br><br>    Defendants. | No. 07-0102-PHX-PGR<br><br>**ORDER** |

Currently before the Court is Plaintiff's Motion for a Hearing to Determine the Damages related to the Entry of Default Judgment Against Defendant Pat Van Lingen (Doc. 46), filed pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Plaintiff suffered emotional distress as a result of injuries by Defendant's assault, battery, and intentional infliction of emotional distress. Plaintiff's injuries cannot be computed to a sum certain. Consequently, to enable the Court to enter default judgment, it is necessary to determine the amount of damages suffered by Plaintiff at an evidentiary hearing. Accordingly, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, this Court has scheduled a hearing to determine the appropriate damages in the above referenced case so that a default judgment may be entered against Defendant Pat Van Lingen. Therefore,

IT IS HEREBY ORDERED **GRANTING** Plaintiff's Motion for a Hearing to Determine the Damages related to the Entry of Default Judgment Against Defendant Pat Van Lingen. (Doc. 46.)

1    IT IS FURTHER ORDERED that an Evidentiary Hearing has been scheduled for
2 **Tuesday, December 9, at 11:00 a.m.**, in **Courtroom 601.**
3    DATED this 1st day of December, 2008.

Paul G. Rosenblatt
United States District Judge

- 2 -