**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa F. Thompson,            )<br>                                             )<br>           Plaintiff,               )<br>vs.                                         )<br>                                             )<br>ILX Resorts, Incorporated dba ILX)<br>Resorts & Spa, Pat Van Lingen and Jane)<br>Doe Van Lingen,                   )<br>                                             )<br>           Defendants.           )<br>_____) | No. 07-0102-PHX-PGR<br><br>**ORDER** |

Currently before the Court is Plaintiff's Application for Taxable and Non-Taxable Costs and Attorney's Fees. Despite the prior Order of Dismissal entered by the Court on May 6, 2008 directing each party to bear its own costs and attorney's fees, the current Application requests costs and fees for the entirety of the case. The Court, however, is unable to determine which costs and fees are associated with which defendant. Plaintiff must provide the Court with an application which includes an accurate accounting of the costs and fees associated <u>only</u> with the defaulted case against Mr. Van Lingen.

IT IS ORDERED DENYING without prejudice Plaintiff's Application for Taxable and Non-Taxable Costs and Attorney's Fees. (Doc. 51.)

/ / /

/ / /

/ / /

/ / /

1   IT IS FURTHER ORDERED that Plaintiff shall file an Amended Application for
2 Taxable and Non-Taxable Costs and Attorney's Fees associated only with the costs and fees
3 related to defaulted defendant Mr. Van Lingen.

4   DATED this 27th day of May, 2009.

```
                    _____
                    Paul G. Rosenblatt
                    United States District Judge
```

- 2 -